AVIV L. TUCHMAN (SBN 133321)
  atuchman@tuchmanlaw.net
MICHAEL C. DICECCA (SBN 259367)
  mdicecca@tuchmanlaw.net
TUCHMAN & ASSOCIATES
6080 West Pico Boulevard
Los Angeles, CA 90035
Telephone:   (323) 653-7100
Facsimile:   (323) 653-7400

Attorneys for Secured and Unsecured Creditor
HELENA DEEDS

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re | Case No.: 9:20-bk-10622-DS |
| BRIGHAM H. FIELD, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, THE DEBTOR AND THE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Tuchman & Associates hereby appears as counsel of record for Secured and Unsecured Creditor Helena Deeds ("Deeds"), under Federal Rule of Bankruptcy Procedure ("FRBP") 9010. Deeds also requests that the Court clerk serve any notices enumerated under FRBP 2002 upon the following:

>  Aviv L. Tuchman
>    atuchman@tuchmanlaw.net
>  Michael C. Dicecca
>    mdicecca@tuchmanlaw.net
>  Tuchman & Associates
>  6080 W. Pico Blvd.
>  Los Angeles, CA 90035
>  Tel: (323) 653-7100
>  Fax: (323) 653-7400

1
**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE FURTHER NOTICE** that Deeds requests service of all orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "Filings"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of the entities to counsel listed at the above address.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance does not (a) waive Deeds's rights to contest service of any Filing; (b) waive rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (c) waive rights to trial by jury in any proceeding as to any and all matters so triable; (d) waive rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (e) waive any rights, claims actions, defenses, setoffs, or recoupments all of which Deeds expressly reserves; or (f) constitute Deeds's consent to the jurisdiction of the United States Bankruptcy Court for the Central District of California in any proceeding commenced in this case against or otherwise involving Deeds.

Dated: May 21, 2020              **TUCHMAN & ASSOCIATES**

By:  /s/ Aviv L. Tuchman
AVIV L. TUCHMAN
Attorneys for Secured and Unsecured Creditor
HELENA DEEDS

2
**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Case 9:20-bk-10622-DS    Doc 21    Filed 05/21/20    Entered 05/21/20 10:33:49    Desc
Main Document    Page 3 of 3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Tuchman & Associates, 6080 W. Pico Blvd., Los Angeles, CA 90035.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/04/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ **D. Edward Hays ehays@marshackhays.com**
☐ **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**
☐ **Brian D. Fittipaldi brian.fittipaldi@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 03/04/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**No manual recipients**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2020 | Rebecca E. Myers | /s/ Rebecca E. Myers |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3
**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**