| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MATTHEW A. LESNICK (SBN 177594)<br>    matt@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA  90015<br>Tel: (213) 493-6496; Fax: (213) 493-6596<br><br>AVIV L. TUCHMAN (SBN 133321)<br>    atuchman@tuchmanlaw.net<br>MICHAEL C. DICECCA (SBN 259367)<br>    mdicecca@tuchmanlaw.net<br>TUCHMAN & ASSOCIATES<br>6080 West Pico Boulevard<br>Los Angeles, CA 90035<br>Tel: (323) 653-7100; Fax: (323) 653-7400<br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 16 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** handy     **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>BRIGHAM G. FIELD,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO. 9:20-bk-10622-DS<br>CHAPTER 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)**<br><br>DATE: July 13, 2020<br>TIME: 11:30 a.m.<br>COURTROOM: 201<br>PLACE: 1415 State Street<br>           Santa Barbara, CA 93101 |
|---|---|
| **Movant:** Creditor Helena Deeds | |

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action: *Helena Deeds v. Colette Pelissier, et al.*
    Case number: SC128336

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:
        Superior Court of California
        County of Los Angeles
        Santa Monica Courthouse
        1725 Main St., Santa Monica, CA 90401

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                          Page 1                            F 4001-1.RFS.NONBK.ORDER

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☒ Modified or conditioned as set forth <u>below</u>.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☒ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify)*:

    Relief from the automatic stay of 11 U.S.C. § 362(a) is granted for the limited purpose of allowing movant Helena Deeds to proceed to entry of judgment including against Debtor in the Nonbankruptcy Action on all causes of action for monetary relief and whether the subject reconveyance should be set aside. No relief from stay is granted for purposes of enforcement of judgment or to proceed with foreclosure of the Ellice property.

###

Date: July 16, 2020

Deborah J. Saltzman
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    F 4001-1.RFS.NONBK.ORDER