| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Tel: (949) 333-7777<br>Fax: (949) 333-7778<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>BRIGHAM G. FIELD,<br><br><br><br>Debtor(s) | CASE NO.: 9:20-bk-10622-DS<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 |
|---|---|

PLEASE TAKE NOTE that the order titled Order Denying Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362

was lodged on (*date*)  07/28/2020  and is attached. This order relates to the motion which is docket number 48 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 1 — **F 9021-1.2.BK.NOTICE.LODGMENT**

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, July 28, 2020

CONFIRMATION :

Your Lodged Order Info:
( **10283634.doc** )
A new order has been added

- **Office**: Northern Division
- **Case Title**: Brigham G. Field
- **Case Number**: 20-10622
- **Judge Initial**: DS
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 48
- **On Date**: 07/28/2020 @ 09:29 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Tel: (949) 333-7777<br>Fax: (949) 333-7778<br><br>☒ *Attorney for Debtor and Debtor-In-Possession*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Northern* DIVISION**

| In re:<br><br>BRIGHAM G. FIELD,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:20-bk-10622-DS<br>CHAPTER: 11 |
|---|---|
| | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| | DATE:  July 13, 2020<br>TIME:  11:30 a.m.<br>COURTROOM:  201<br>PLACE:  1415 State Street, Santa Barbara, CA 93101 |

**Movant:** Genova Capital, Inc.

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:

   11802 Ellice Street, Malibu, CA 90265

   Real property in the unincorporated area of the County of Ventura, State of California, described as follows:

   PARCEL 1:
   LOT 6 OF TRACT NO. 4483, IN THE COUNTY OF VENTURA, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 146, PAGE 19 THROUGH 22 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

   EXCEPT ONE-EIGHTH OF MINERALS, OIL, PETROLEUM, ASPHALTUM, GAS, COAL AND OTHER HYDROCARBON SUBSTANCES, AS RESERVED BY MARBLEHEAD LAND COMPANY, IN DEED RECORDED NOVEMBER 27, 1940, IN BOOK 628, PAGE 87 OF OFFICIAL RECORDS.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                        Page 1                                        F 4001-1.RFS.DENY.ORDER

PARCEL 2:
NON-EXCLUSIVE EASEMENTS APPURTENANT TO PARCEL 1 ABOVE, ON AND OVER THE "COMMON AREA" AS DEFINED IN THE DECLARATION FOR ACCESS, USE, OCCUPANCY, ENJOYMENT, INGRESS AND EGRESS OF THE AMENITIES LOCATED THEREON. THE COMMON AREA IS FOR THE USE OF OWNERS OF LOTS WHICH ARE SUBJECT TO THE DECLARATION AND IS NOT FOR THE USE OF THE GENERAL PUBLIC.

APN: 700-0-260-065

3. The Motion is denied:  ☒ without prejudice   ☐ with prejudice   ☒ on the following grounds:
   a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☒ Lack of good cause shown for relief from stay
   e. ☐ No stay is in effect under:
      (1) ☐ 11 U.S.C. § 362(c)(2)(A)
      (2) ☐ 11 U.S.C. § 362(c)(2)(B)
      (3) ☐ 11 U.S.C. § 362(c)(3)(A)
      (4) ☐ 11 U.S.C. § 362(c)(4)(A)
   f. ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 2    **F 4001-1.RFS.DENY.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 28, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 28, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
BRIGHAM G. FIELD
11802 ELLICE STREET
MALIBU, CA 90265-2494

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**[PURSUANT TO AMENDED GENERAL ORDER 20-02,
COURTESY COPIES WILL BE DELIVERED BY MAIL IF PLEADING IS OVER 25 PAGES.]**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 28, 2020 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **INTERESTED PARTY COURTESY NEF:** Evan L Bardo evan.bardo@semlercompanies.com
   - **ATTORNEY FOR U.S. TRUSTEE (ND):** Brian D Fittipaldi brian.fittipaldi@usdoj.gov
   - **ATTORNEY FOR CREDITOR BANC OF CALIFORNIA, NATIONAL ASSOCIATION:** Daniel K Fujimoto wdk@wolffirm.com
   - **INTERESTED PARTY COURTESY NEF:** chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEBTOR BRIGHAM G. FIELD:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR HELENA DEEDS:** Andrew C Jhun ajhun@tuchmanlaw.net
   - **ATTORNEY FOR CREDITOR HELENA DEEDS:** Matthew A Lesnick matt@lesnickprince.com, matt@ecf.inforuptcy.com; jmack@lesnickprince.com
   - **ATTORNEY FOR DEBTOR BRIGHAM G. FIELD:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR GENOVA CAPITAL, INC.:** Andrew Mase amase@theryanfirm.com, ecf@theryanfirm.com
   - **ATTORNEY FOR CREDITOR BANC OF CALIFORNIA, NATIONAL ASSOCIATION:** Robert S McWhorter rmcwhorter@buchalter.com, wreinig@buchalter.com; asmith@buchalter.com
   - **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA, C/O AIS PORTFOLIO SERVICES, LP**: Ambrish B Patel apatelEI@americaninfosource.com
   - **ATTORNEY FOR CREDITOR GENOVA CAPITAL, INC.:** Timothy M Ryan tryan@theryanfirm.com, ecf@theryanfirm.com
   - **INTERESTED PARTY COURTESY NEF:** Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
   - **ATTORNEY FOR CREDITOR HELENA DEEDS:** Aviv L Tuchman atuchman@tuchmanlaw.net
   - **UNITED STATES TRUSTEE (ND):** United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
   - **ATTORNEY FOR DEBTOR BRIGHAM G. FIELD:** David Wood dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**